**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-7142**

_____

YUSEF PAYNE,

        Plaintiff - Appellant,

    v.

FEDERAL BUREAU OF PRISONS; USP HAZELTON, (Federal Prison),

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Elizabeth Kay Dillon, District Judge.  (7:23-cv-00483-EKD-JCH)

_____

Submitted:  April 11, 2024                     Decided:  April 16, 2024

_____

Before AGEE and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Yusef Payne, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yusef Payne appeals the district court's order dismissing under 28 U.S.C. § 1915A(b) his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Payne v. Fed. Bureau of Prisons*, No. 7:23-cv-00483-EKD-JCH (W.D. Va. Oct. 12, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*